### Jack E. DUNCAN, Appellant,

v.

### B. J. RHAY, Superintendent of Washington State Penitentiary at Walla Walla, Washington, Appellee.

No. 15743.

United States Court of Appeals
Ninth Circuit.

Feb. 4, 1958.

Jack E. Duncan, in pro. per.

John J. O'Connell, Atty. Gen., Michael R. Alfieri, Franklin K. Thorp, Asst. Attys. Gen., for appellee.

Before HEALY, FEE and BARNES, Circuit Judges.

PER CURIAM.

The judgment below denying appellant's petition for the writ of habeas corpus is affirmed.

### UNITED STATES of America ex rel. Roy Joseph FELLS, Appellant,

v.

### Charles GARFINKEL.

No. 12328.

United States Court of Appeals
Third Circuit.

Argued Jan. 9, 1958.

Decided Jan. 15, 1958.

Robert S. Grigsby, Pittsburgh, Pa., for appellant.

W. Wendell Stanton, Asst. U. S. Atty., Pittsburgh, Pa. (D. Malcolm Anderson, U. S. Atty., Pittsburgh, Pa., on the brief), for appellee.

Before MARIS, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

This is an appeal by the relator, an alien who has been ordered to be deported, from an order of the district court denying his petition for a writ of habeas corpus. The petitioner's contentions are stated and correctly decided in the opinion filed in the district court by Judge Sorg, 158 F.Supp. 524, with which we are in full accord and to which we need add nothing.

The order of the district court will be affirmed.